UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

___

Kevin Jones,

        Plaintiff,               Case No. 2:20-cv-244

v.                                  Honorable Paul L. Maloney

Daniel Lesatz et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  January 28, 2021                  /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge